1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                No. 2:23-cv-01694-TLN-KJN

     IN RE:  STEVEN WAYNE BONILLA
12                                                No. 2:23-cv-01695-TLN-KJN

13                                                No. 2:23-cv-01699-TLN-KJN

14                                                No. 2:23-cv-01700-TLN-KJN

15                                                No. 2:23-cv-01701-TLN-KJN

16                                                No. 2:23-cv-01704-TLN-KJN

17                                                No. 2:23-cv-01705-TLN-KJN

18                                                No. 2:23-cv-01706-TLN-KJN

19                                                No. 2:23-cv-01707-TLN-KJN

20                                                No. 2:23-cv-01708-TLN-KJN

21                                                **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25  above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28  Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2   the Court to open a new case for each attempted new case pleading and assign it to Magistrate

3   Judge Kendall J. Newman for review.  (*Id.* at ECF No. 26).  If the Court determines the new filing

4   is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed

5   and closed.  (*Id.*)

6         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7   finds they are related to Plaintiff's Alameda County criminal conviction.

8         Accordingly, the complaints/petitions in Case Nos. 2:23-cv-01694, 2:23-cv-01695, 2:23-

9   cv-01699, 2:23-cv-01700, 2:23-cv-01701, 2:23-cv-01704, 2:23-cv-01705, 2:23-cv-01706, 2:23-

10   cv-01707 and 2:23-cv-01708 are hereby DISMISSED.  The Clerk of the Court is directed to close

11   these cases.  No further filings will be accepted.

12         IT IS SO ORDERED.

13   Date:  October 24, 2023

14

15

16

17   Troy L. Nunley
      United States District Judge

18

19

20

21

22

23

24

25

26

27

28